**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**KENDRICK DEWAYNE MOORE,**

      **Plaintiff,**

      **v.**                             **CASE NO.  24-3003-JWL**

**OUACHITA RIVER CORRECTIONAL**
**UNIT,**

      **Defendant.**

## <u>MEMORANDUM AND ORDER</u>

Plaintiff filed this pro se civil rights case in this Court.  Plaintiff is in custody at the Ouachita River Correctional Unit in Malvern, Arkansas ("ORCU").  Plaintiff claims that he was subjected to the use of excessive force at the ORCU on December 29, 2023.

The complaint identifies the ORCU as the sole defendant.  Plaintiff's allegations in the complaint are based on incidents occurring in Malvern, Arkansas.

Under 28 U.S.C. § 1391(b):

> A civil action may be brought in –
>
> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated . . .

28 U.S.C. § 1391(b)(1)–(2).

Accordingly, venue is proper in Arkansas under 28 U.S.C. § 1391(b).  The Court directs the Clerk of the Court to transfer this matter to the United States District Court for the Western District of Arkansas.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk of Court shall transfer this action to the United States District Court for the Western District of Arkansas.

**IT IS SO ORDERED**.

**Dated January 10, 2024, in Kansas City, Kansas.**

<u>**S/  John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**